**Order entered August 5, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00615-CR**

**EX PARTE JAMES MICHAEL DRAUCKER**

**On Appeal from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause No. WR-1-22-0006**

**ORDER**

Before the Court is appellant's August 2, 2022 pro se motion for a personal recognizance bond. Appellant is represented by counsel, and he is not entitled to hybrid representation. *See Ex parte Bohannan*, 350 S.W.3d 116, 116 n.1 (Tex. Crim. App. 2011). Accordingly, appellant's pro se motion is **DENIED** without prejudice.

/s/    ERIN A. NOWELL
         JUSTICE